**Order entered September 23, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00854-CV

### HALLIBURTON ENERGY SERVICES, INC., Appellant

### V.

### AXIS TECHNOLOGIES, LLC, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-00267-D**

## ORDER

We **GRANT** the September 19, 2013 unopposed motion of nonresident attorney, Michael

E. Smith, for admission *pro hac vice*.  We **DIRECT** the Clerk of this Court to add Michael E.

Smith as counsel *pro hac vice*.

/s/    DAVID LEWIS
         JUSTICE